# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ELIEZER CADET,

          Plaintiff,

v.                                           Case No:   6:18-cv-259-Orl-22GJK

CITI BANK N.A,

          Defendant.

_____

## ORDER

This cause comes before the Court on the Joint Motion to Stay Case and Compel Arbitration (Doc. No. 7).

Based on the foregoing, it is ordered as follows:

1. The Joint Motion to Stay Case and Compel Arbitration (Doc. No. 7) is GRANTED.

2. Plaintiff is directed to advance the claims asserted in this lawsuit via binding arbitration as provided for in the governing Arbitration Agreement (Doc. No. 7-1).

3. This case is stayed and the Clerk is directed to administratively close the file.

4. Plaintiff is directed to file a report as to the status of the arbitration proceedings on August 1, 2018, and every three months thereafter.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 16, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record