# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ELIEZER CADET,

  Plaintiff,                                                   CASE NO.:  6:18-CV-259-ORL-22-GJK

-vs-

CITIBANK, N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Eliezer Cadet, and the Defendant, CITIBANK, NA, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of January, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Sarah R. Craig* |
| Octavio Gomez, Esquire | Sarah R. Craig, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 99359 |
| Morgan & Morgan, Tampa, P.A. | Akerman LLP |
| 201 N. Franklin Street, Suite 700 | 401 E. Jackson Street, Suite 1700 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Tele: (813) 223-5505 | Tele: (813) 223-7333 |
| Fax: (813) 223-5402 | Fax: (813) 218-5410 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: Sadie.Craig@Akerman.com |
| Secondary Email: | Secondary Email: |
| LDobbins@ForThePeople.com | Caren.Collier@Akerman.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |